# EXHIBIT A

# Exhibit A

| Transferee/Creditor | Transferor/Debtor | Date of Transfer | Amount of Transfer | Reason for Payment or Transfer/ Relationship to Debtor |
|---|---|---|---|---|
| Verizon<br>PO Box 16800<br>Newark, NJ 07101-6800 | Christmas Tree Shops LLC | 2/9/2023 | $3,558.67 | Services |
| Verizon<br>PO Box 16800<br>Newark, NJ 07101-6800 | Christmas Tree Shops LLC | 2/9/2023 | $13,853.67 | Services |
| Verizon<br>PO Box 16800<br>Newark, NJ 07101-6800 | Christmas Tree Shops LLC | 2/10/2023 | $4,338.76 | Services |
| Verizon<br>PO Box 16800<br>Newark, NJ 07101-6800 | Christmas Tree Shops LLC | 2/15/2023 | $80.32 | Services |
| Verizon<br>PO Box 16800<br>Newark, NJ 07101-6800 | Christmas Tree Shops LLC | 2/22/2023 | $10,884.81 | Services |
| Verizon<br>PO Box 16800<br>Newark, NJ 07101-6800 | Christmas Tree Shops LLC | 3/7/2023 | $3,559.99 | Services |
| Verizon<br>PO Box 16800<br>Newark, NJ 07101-6800 | Christmas Tree Shops LLC | 3/7/2023 | $13,853.67 | Services |
| Verizon<br>PO Box 16800<br>Newark, NJ 07101-6800 | Christmas Tree Shops LLC | 3/10/2023 | $4,248.33 | Services |

| Verizon<br>PO Box 16800<br>Newark, NJ 07101-6800 | Christmas Tree Shops LLC | 3/15/2023 | $87.20 | Services |
|---|---|---|---|---|
| Verizon<br>PO Box 16800<br>Newark, NJ 07101-6800 | Christmas Tree Shops LLC | 3/27/2023 | $10,167.66 | Services |
| Verizon<br>PO Box 16800<br>Newark, NJ 07101-6800 | Christmas Tree Shops LLC | 4/5/2023 | $5,855.11 | Services |
| Verizon<br>PO Box 16800<br>Newark, NJ 07101-6800 | Christmas Tree Shops LLC | 4/6/2023 | $7,070.86 | Services |
| Verizon<br>PO Box 16800<br>Newark, NJ 07101-6800 | Christmas Tree Shops LLC | 4/10/2023 | $4,254.49 | Services |
| Verizon<br>PO Box 16800<br>Newark, NJ 07101-6800 | Christmas Tree Shops LLC | 4/17/2023 | $87.20 | Services |
| Verizon<br>PO Box 16800<br>Newark, NJ 07101-6800 | Christmas Tree Shops LLC | 4/27/2023 | $10,388.07 | Services |
|  |  |  | **$92,288.81** |  |