# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 7 |
| CHRISTMAS TREE SHOPS, LLC, *et al.*,[1] | Case No. 23-10576 (TMH) |
| Debtors. | (Jointly Administered) |
| GEORGE L. MILLER, in his capacity as Chapter 7 Trustee of CHRISTMAS TREE SHOPS, LLC, *et al.*, | Adv. Proc. No. 25-50872 (TMH) |
| Plaintiff, | |
| vs. | |
| VERIZON COMMUNICATIONS INC. | |
| Defendant. | |

### CORPORATE OWNERSHIP STATEMENT OF VERIZON COMMUNICATIONS INC. PURSUANT TO FED. R. BANKR. P 7007.1

Pursuant to Rule 7007.1 of the Federal Rules of Bankruptcy Procedure, Defendant Verizon Communications Inc. ("Verizon Communications"), by and through its undersigned counsel, hereby certifies as follow:

1. Defendant Verizon Communications (NYSE: VZ) is a holding corporation, which is incorporated in Delaware, and has its principal place of business in New York. Pursuant to Federal Rule of Bankruptcy Procedure 7007.1, the following is a listing of entities that directly or indirectly own a greater than 10% interest in Verizon Communications:    None.

---

[1] The Debtors in these chapter 7 cases and the last four digits of each Debtor's U.S. tax identification number are as follows: Christmas Tree Shops, LLC (1207), Handil, LLC (1150), Handil Holdings, LLC (2891), Salkovitz Family Trust 2, LLC (8773), and Nantucket Distributing Co., LLC (1640).

|  |  |
|---|---|
| Dated: July 25, 2025 | Respectfully submitted: |

*/s/ William F. Taylor, Jr.*
William F. Taylor, Jr. (DE No. #2936)
WHITEFORD, TAYLOR & PRESTON LLC
600 North King Street, Suite 300
Wilmington, Delaware 19801
Telephone: (302) 353-4144
Email: wtaylor@whitefordlaw.com

-and-

Darrell W. Clark, Esq.
Tracey M. Ohm, Esq.
Ruiqiao Wen, Esq.
STINSON LLP
1775 Pennsylvania Ave, NW, Suite 800
Washington, DC 20006-4605
Tel:  (202) 728-3008
Fax: (202) 572-9948
darrell.clark@stinson.com
tracey.ohm@stinson.com
ruiqiao.wen@stinson.com

*Counsel for Verizon Communications Inc.
and Its Subsidiaries*

2