# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> CHRISTMAS TREE SHOPS., LLC, *et al.*,[1] <br><br> Debtors. | Chapter 7 <br><br> Lead Case No. 23-10576 TMH <br><br> (Jointly Administered) |
| GEORGE L. MILLER, solely in his capacity as the Chapter 7 Trustee of CHRISTMAS TREE SHOPS., LLC, <br><br> Plaintiff, <br><br> v. <br><br> VERIZON COMMUNICATIONS INC., <br><br> Defendant. | Adv. Pro. No. 25-50872 TMH |

## NOTICE OF SUBSTITUTION OF COUNSEL

PLEASE TAKE NOTICE that the undersigned counsel, with the address and contact information listed below, should be substituted for William Taylor, Esq. as counsel of record for Verizon Communications Inc. in the above-captioned case, and should be added to all service lists, including the Court's electronic notification list, in the above-captioned case:

Date:  February 4, 2026
       Wilmington, DE

**McCARTER & ENGLISH LLP**

*/s/ Kate Roggio Buck*
Kate Roggio Buck (DE #5140)
Lawrence John O'Brien (DE #7000)
405 North King Street, 8th Floor
Wilmington, DE 19801
Telephone:  (302) 984-6300
Facsimile:   (302) 984-6399
Email: kbuck@mccarter.com
       lobrien@mccarter.com

*Counsel for Verizon Communication Inc and its Subsidiaries*

---

[1] The Debtors in these chapter 7 cases and the last four digits of each Debtor's U.S. tax identification number are as follows: Christmas Tree Shops, LLC (1207), Handil, LLC (1150), Handil Holdings, LLC (2891), Salkovitz Family Trust 2, LLC (8773), and Nantucket Distributing Co., LLC (1640).

ME1\59226120.v2